THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK SHIELDS, Defendant-Appellant.

(No. 58553;

First District (5th Division)—April 11, 1974.

Opinion by Mr. JUSTICE DRUCKER.

George C. Howard, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Jerald A. Kessler, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. KEITH LITTLE, Defendant-Appellant.

(No. 59152;

First District (4th Division)—April 10, 1974.